UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALEX POZNYAKOVSKIY,

               Plaintiff,

  -against-

THE CITY OF NEW YORK, et al.,

               Defendants.
-----------------------------------------------------------------X

JUDGMENT
06-CV-4342 (JG)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
MAR 27 2008
TIME P.M. _____
A.M. _____

      An Order of Honorable John Gleeson, United States District Judge, having been filed on March 26, 2008, adopting the Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated March 11, 2008; and directing the Clerk of Court to enter judgment awarding plaintiff $50,000.00 in compensatory damages and $480.00 in fees and costs; it is

      ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Cheryl L. Pollak is adopted; and that judgment is hereby entered in favor of plaintiff, Alex Poznyakovskiy, and against defendant, The City of New York, et al., awarding plaintiff $50,000.00 in compensatory damages and $480.00 in fees and costs.


Dated: Brooklyn, New York
       March 27, 2008

                                           ROBERT C. HEINEMANN
                                           Clerk of Court

                                        By s/Terry Vaughn
                                           Chief Deputy