**Law Offices of Charles M. Hymowitz, P.C.**
26 Court St.
Suite 1705
Brooklyn, NY 11242
718.624.9200 (office) 718.643.2690 (fax – not for service)

November 26, 2008

The Honorable Cheryl Pollack
Magistrate, Eastern District New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Poznyakovskiy v. City of New York et al
            06-CV-4342, EDNY
    Re:    Meera News, Inc. d/b/a Sheeba Deli Grocery

Dear Judge Pollack:

I note your scheduling of the briefing and thank you for your promptness in doing so.

On a note of personal privilege, I must ask the court for a slight modification of the date of oral argument in this matter. I am an observant Jew and, in addition to the fact that that Shabbos is one of the earliest in the schedule (about 4:10), my family is celebrating the bar mitzvah of our oldest son that weekend. I wasn't planning on working that day and have a family dinner for about fifty people scheduled that evening. (Mr. Langer, the attorney of record in this matter, who is admitted to federal court, is observant, too.)

I will be happy to come in earlier that day if the court orders me to do so but ask that court accommodate this request.

I look forward to hearing from you in this matter.

Sincerely,

Charles M. Hymowitz

cc:    Scott E. Agulnick, Esq., Greenblatt & Agulnick, P.C. (via Fax) 718.732.2110

*[Handwritten annotation: "Argument is adjourned to 12/18 at 10:00. So Ordered. C. Poll— USMJ 12/1/08"]*